**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TODD & JULIA STEEL,** | ) | **Case No.: 14-7448** |
| | ) | **Chapter 7** |
| **Debtors.** | ) | **Judge Harrison** |

**U.S. TRUSTEE'S MOTION TO DISMISS DEBTORS' CASE PURSUANT TO 11 U.S.C. § 707(b)(3)**

The United States Trustee ("UST") for Region 8, through the undersigned counsel, moves the Court to dismiss this case based on 11 U.S.C. § 707(b)(3). In support of the motion the UST respectfully states as follows:

1. The Court has jurisdiction of this matter under 28 U.S.C. § 1334(a) and (b), 28 U.S.C. § 157(a) and (b)(1) and 28 U.S.C. § 151.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A) and (B). This motion is filed pursuant to 11 U.S.C. § 707(b)(3).

3. Todd & Julia Steel (the "Debtors") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code, on April 1, 2014.

4. Robert H. Waldschmidt was appointed as Chapter 7 Trustee in this case and continues to serve in that capacity.

5. The initial chapter 7 Section 341 meeting of creditors was scheduled on October 14, 2014.

6. Based upon a review of the Debtors' Schedules D, E and F and based upon the Debtors' testimony at the § 341 meeting, the Debtors' obligations are primarily consumer debts.

7. The Debtors have scheduled $60o.00 priority unsecured debt on Schedule E and $10,913.00 general unsecured debt on Schedules F.

8. Pursuant to 11 U.S.C. § 707(b)(3), the Court can use discretion in considering whether the Debtors' ability to pay demonstrates abuse under § 707(b)(3) if the presumption of

abuse under § 707(b)(2) does not arise or is rebutted.

9. Under § 707(b)(3), the Court considers evidence of the Debtors' actual circumstances and can consider if the Debtors' expenses, even if actual, are truly reasonable and necessary when determining whether the debtors filed the petition in bad faith or the totality of the Debtor's financial situation demonstrates abuse.

10. In the instant case, the totality of the Debtor's financial situation demonstrates abuse under § 707(b). In particular, Debtors' housing expense exceeds the IRS housing standard for Maury County, Tennessee by nearly $1000.00/month. Despite the joint debtor being unemployed since May 2014 and the Debtors household income being significantly reduced, the Debtors intend to retain their residence at the expense of their creditors.

11. The UST reviewed Debtors' Schedules I and J and compared the information with the pay and tax information provided by the Debtors.

12. The adjustments made to Schedules I and J show that if the Debtors' surrendered their residence and reduced their housing cost to the IRS Standard, the Debtors would have at least $1,582.00/month in disposable income. Even if the Debtors retain their residence, the UST analysis shows that the Debtors should have at least $381.00/month in disposable income which would repay more than 100% of their unsecured debt in a chapter 13 plan. Copies of the U.S. Trustee 707(b) Worksheets are attached hereto and incorporated by reference as Exhibit A. The UST reserves the right to argue additional adjustments to Debtors' income or expenses if additional items are found to be incorrect during discovery.

13. Granting relief to the Debtors would be an abuse of the provisions of Chapter 7 because their housing expense dramatically exceeds the reasonable housing expense for a Debtors residing in Maury County, TN and Debtors can repay more than 100% of their unsecured debts in a 60 month chapter 13 plan.

WHEREFORE, the UST respectfully requests that, pursuant to § 707(b)(1), this Court dismiss this case with prejudice and grant such other and further relief to which the UST may justly be entitled.

Respectfully submitted,

SAMUEL K. CROCKER,
UNITED STATES TRUSTEE, REGION 8

BY: /S/ Charles M Walker
Charles M. Walker, #019884
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203
Telephone: (615) 736-2254
Facsimile: (615) 736-2260
charles.walker@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I forwarded a true and correct copy of the foregoing Motion to Dismiss Pursuant to 11 U.S.C. §707(b) by prepaid first class mail, and/or electronic notification for registered ECF users, to the parties listed below on this the 15th day of December 2014:

**Todd Alan Steel** and
**Julia Allison Steel**
4004 Estate lane
Columbia, TN 38401

**J. Robert Harlan**
J. Robert Harlan & Assoc.
PO Box 949
Columbia, TN 38402-0949

**Robert H. Waldschmidt**
7003 Chadwick Drive, Suite 211
P.O. Box 2828
Brentwood, TN 37024-2828

/S/Charles M Walker
Charles M Walker, Trial Attorney