**UNITED STATES TRUSTEE 707(b) WORKSHEET**
27-Oct-14

**Ability to Pay Form for Abuse Analysis Under 11 U.S.C. § 707(b)**

| | | | |
|---|---|---|---|
| Debtor(s): | Steel | Case No.: | 147-07448-MH1-7 |
| § 341 Meeting Date: | 10/14/2014 | Trustee: | Waldschmidt |
| § 707(b) Motion Deadline: | 12/13/2014 | Judge: | |
| | | Prepared by: | Poole |

**A. DEBT PER SCHEDULES D, E, & F**

| | |
|---|---|
| 1. Total Unsecured Debt: | |
| a. Unsecured Portion of Secured Debt (for personal property ): | |
| b. Priority Unsecured Debt: | $ 600 |
| c. General Unsecured Debt: | $ 10,913 |
| d. Total Unsecured Debt | $ 11,513 |
| 2. Total Secured Debt | $ 343,677 |
| 3. Total Debt (secured plus unsecured): | $ 355,190 |
| 4. Less Total Business and/or Non-Consumer Debt: | |
| 5. Total Consumer Debt (secured consumer [e.g., home mortgage, car liens] plus unsecured consumer) | $ 355,190 |
| 6. Of total debt, percent that is consumer (must be > 50%) | 100% |

7.

(Note any debt which cannot be determined to be consumer or business)

**B. INCOME AND EXPENSES PER SCHEDULES I & J**
**(Calculation of Monthly Disposable Income)**

| | Debtor | Spouse | Combined |
|---|---|---|---|
| 1. Gross Income: | | | |
| a. Monthly: | $ 6,142 | | $ 6,142 |
| b. Annual: | $ 73,704 | $ - | $ 73,704 |
| 2. Total Monthly Payroll Deductions: | $ 1,402 | | $ 1,402 |
| 3. Combined Monthly Net Income: | | | $ 4,740 |
| 4. Total Combined Monthly Expenses: | | | $ 4,723 |
| 5. Monthly Disposable Income (Net Income Less Expenses): | | | $ 17 |
| 6. Monthly disposable income x 60: | | | $ 1,020 |
| 7. Percentage dividend under Chapter 13 Plan (Line 6 divided by total unsecured debt): | | | 9% |

1/1/2000 0:00

::

## Ability to Pay Form for Abuse Analysis Under 11 U.S.C. § 707(b)

Debtor(s): Steel Case No.: 147-07448-MH1-7

**C. IDENTIFY DUPLICATIVE, EXCESSIVE, OR DISCRETIONARY INCOME DEDUCTIONS & EXPENSES**

| **1. INCOME ADJUSTMENTS:** | | Scheduled Amount | Suggested Amount | Revision |
|---|---|---|---|---|
| a. Additional Income Not Reported: | | | | |
| Item: | | | | $ - |
| b. Adjustments to Payroll Deductions: | | | | |
| Item: | Taxes - H | $ 1,159 | $ 961 | |
| Item: | | | | |
| Item: | Insurance | $ 163 | $ 182 | |
| Item: | Union dues | $ 80 | $ 75 | |
| Item: | | | | |
| | Totals: | $ 1,402 | $ 1,218 | Total $ (184) |

| **2. EXPENSE ADJUSTMENTS:** | | | | |
|---|---|---|---|---|
| Item: | Housing | $ 1,900 | $ 923 | (IRS Allowance) |
| Item: | IRS | $ 100 | | |
| Item: | Pets | $ 30 | | |
| Item: | Entertainment | $ 100 | $ 50 | |
| Item: | | | | |
| Item: | | | | |
| Item: | | | | |
| Item: | | | | |
| Item: | | | | |
| Item: | | | | |
| | Totals: | $ 2,130 | $ 973 | Total $ (1,157) |

| | |
|---|---|
| 3. Corrected Combined Net Income: | $ 4,924 |
| 4. Corrected Combined Total Expenses: | $ 3,566 |
| 5. Corrected Net Disposable Income (Corrected net income less corrected expenses): | **$ 1,358** |
| 6. Corrected Disposable Income x 60 mos. (total plan payment) | $ 81,480 |
| 7. Corrected Percentage Dividend Under Ch. 13 Plan (Line C-6 divided by total unsecured debt) | 708% |

**D. CALCULATION OF CH. 13 TRUSTEE'S FEES AND POTENTIAL DEBTORS' ATTORNEY FEES (which may reduce percentage of payment)**

| | | |
|---|---|---|
| 1. Total plan payment amount (disposable income x 60): | | $ 81,480 |
| 2. Less: Ch. 13 trustee and Db atty's fee-based on estimate of: | 10% | $ 8,148 |
| 3. Total plan payment less trustee and attorney's fee (Available funds for payment of unsecured debt) | | $ 73,332 |
| 4. Final percentage dividend to unsecured creditors | | 637% |

**Note:**