IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **IN RE:** | ) | |
| **TODD & JULIA STEEL,** | ) | **Case No.: 14-7448** |
| | ) | **Chapter 7** |
| **Debtors.** | ) | **Judge Harrison** |

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS: JANUARY 5, 2015.
IF A RESPONSE IS TIMELY FILED, A HEARING WILL BE FEBRUARY 20, 2015 AT 9:00 AM AT FEDERAL BUILDING & COURTHOUSE 815 SOUTH GARDEN STREET COLUMBIA, TN 38401**

**NOTICE OF U.S. TRUSTEE'S MOTION TO DISMISS
DEBTOR'S CASE PURSUANT TO 11 U.S.C. § 707(b)**

The U. S. Trustee, Region 8, has asked the Court to dismiss the Debtor's case for abuse pursuant to Section 707(b) of the Bankruptcy Code. **YOUR RIGHTS MAY BE AFFECTED.** If you do not want the court to grant the attached motion, or if you want the court to consider your views on the motion, then on or before **January 5, 2015**, you or your attorney must:

1. File with the court your response or objection explaining your position. **PLEASE NOTE: THE BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF TENNESSEE REQUIRES ELECTRONIC FILING. ANY RESPONSE OR OBJECTION YOU WISH TO FILE MUST BE SUBMITTED ELECTRONICALLY. TO FILE ELECTRONICALLY, YOU OR YOUR ATTORNEY MUST GO TO THE COURT WEBSITE AND FOLLOW THE INSTRUCTIONS AT: <https://ecf.tnmb.uscourts.gov>** .

   If you need assistance with Electronic Filing you may call the Bankruptcy Court at (615) 736-5584. You may also visit the Bankruptcy Court in person at: 701 Broadway, 1st Floor, Nashville, TN (Monday - Friday, 8:00 A.M. - 4:00 P.M.).

2. **Your response must state that the deadline for filing responses is January 5, 2015, the date of the scheduled hearing will be January 25, 2015 and the motion to which you are responding is the U.S. Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707(b).**

3. You must serve your response or objection **by electronic service through the Electronic Filing system** described above. You must mail a copy of your response to: Lloyd E. Mueller, Trial Attorney for the U.S. Trustee, the Chapter 7 Trustee, the Debtor and the Debtor's counsel.

If a response is filed before the deadline stated above, the hearing will be held at the time and place indicated above. ***THERE WILL BE NO FURTHER NOTICE OF THE HEARING DATE.*** You may check whether a timely response has been filed by calling the Clerk's office at (615) 736-5584 or viewing the case on the Court's website at <https://ecf.tnmb.uscourts.gov>.

If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter the attached order granting that relief.

SAMUEL K. CROCKER,
UNITED STATES TRUSTEE, REGION 8

**/S/ CHARLES M. WALKER**
Charles M. Walker (TN BPR #19884)
Office of the United States Trustee
318 Customs House, 701 Broadway
Nashville, TN 37203
(615) 736-2254/ FAX (615) 736-2260
charles.walker@usdoj.gov