# PROPOSED ORDER

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TODD & JULIA STEEL,** | ) | **Case No.: 14-7448** |
| | ) | **Chapter 7** |
| **Debtors.** | ) | **Judge Harrison** |

**ORDER DISMISSING CHAPTER 7**
**CASE PURSUANT TO 11 U.S.C. § 707(b)**

This matter came before the Court as a result of the U.S. Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(b) (the "UST's Motion"). There was no opposition to the relief requested or all objections filed in opposition to the UST's Motion were withdrawn.

**IT IS THEREFORE ORDERED** that the Debtors Chapter 7 case is **DISMISSED**.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY**
**AS INDICATED AT THE TOP OF THE FIRST PAGE**

Submitted for entry:

SAMUEL K CROCKER,
UNITED STATES TRUSTEE, REGION 8

BY: **PROPOSED ORDER**
Charles M. Walker, #19884
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203
Telephone: (615) 736-2254
Fax: (615) 736-2260
Email: charles.walker@usdoj.gov