IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

In Re:
Todd Alan Steel
Julia Allison Steel
Debtors

BK: 14-07448-MH1-7

Response to: US Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707 (b) or in the Alternative, With the Debtor's Consent Convert Case to a Case Under Chapter 13
Response Deadline: January 5, 2015
Hearing Date: February 20, 2015
Time and Location: 9:00 am. at Columbia Federal Bldg, 815 S Garden St., Columbia, TN 38401

**RESPONSE TO US TRUSTEE'S MOTION TO DISMISS PURSUANT TO 11 U.S.C. § 707 (b) OR IN THE ALTERNATIVE, WITH THE DEBTOR'S CONSENT CONVERT THE CASE TO A CASE UNDER CHAPTER 13**

Comes the Debtors, through counsel and would respond to the trustee's Motion US Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707 (b) or in the Alternative, With the Debtor's Consent Convert Case to a Case Under Chapter 13. The Debtors submit that a dismissal and or a conversion is not warranted and request that the Court deny the motion.

BASED UPON THE FOREGOING, the Debtors request the Court to deny the Trustee's US Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707 (b) or in the Alternative, With the Debtors' Consent Convert Case to a Case Under Chapter 13 to grant a hearing on the same.

Respectfully submitted December 18, 2014.

/s/ J. ROBERT HARLAN

J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen
Attorney for the Debtors
39 Public Square
PO Box 949
Columbia, TN 38402-0949
Phone - 931/381-0660
Fax - 931/381-7627
bknotices@robertharlan.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have mailed a true and exact copy of the foregoing to Todd Alan Steel4004 Estate lane, Columbia, TN, 38401 and Julia Allison Steel 4004 Estate lane, Columbia, TN 38401, the Chapter 7 Trustee, Robert H. Waldschmidtrhw@rhwlawoffice.com, and to Charles Walker, U.S. Trustee's Office, by placing the same in the U.S. Mail, postage pre-paid, December 18, 2014.

/s/ J. ROBERT HARLAN

J. ROBERT HARLAN - BPR No. 010466
Harlan, Slocum & Quillen