Marian F. Harrison
US Bankruptcy Judge

Dated: 3/26/2015

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **TODD & JULIA STEEL,** | ) | **Case No.: 14-7448** |
| | ) | **Chapter 7** |
| **Debtors.** | ) | **Judge Harrison** |

**AGREED ORDER CONVERTING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 707(b) TO A CASE UNDER CHAPTER 13 OF THE BANKRUPTCY CODE**

This matter came before the Court as a result of the U.S. Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(b)(2) and/or (b)(3) (the "UST's Motion"). Pursuant to 11 U.S.C. § 707(b)(1), the court may, with the Debtor's consent, convert this case to a case under Chapter 13 of the Bankruptcy Code if it finds that the granting of relief would be an abuse of the provisions of Chapter 7. The Debtors consent to the conversion of the case to a case under Chapter 13 of the Bankruptcy Code.

It appears to the Court, as evidenced by the signatures of the parties below, that the parties stipulate and agree to the entry of this Order on the following terms:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. The Debtors' Chapter 7 case shall be converted to a case under Chapter 13 of the Bankruptcy Code pursuant to 11 U.S.C. § 707(b)(1) upon entry of this Order.

2. Debtors shall file all necessary documents to consummate the conversion of the case from chapter 7 to chapter 13 including, but not limited to, their conversion schedules and statement of financial affairs and chapter 13 plan within 15 days of entry of this Order.

3. If Debtors fail to file the documents referenced in paragraph 2 above, Debtors' case shall be dismissed without further notice or hearing by the Court upon the U.S. Trustee filing a notice of default and order dismissing case.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE**

Submitted for entry:

SAMUEL K. CROCKER,
UNITED STATES TRUSTEE, REGION 8

/S/ CHARLES M. WALKER
Charles M. Walker, #19884
Office of the United States Trustee
701 Broadway, Suite 318
Nashville, TN 37203
Telephone: (615) 736-2254
Fax: (615) 736-2260
Email: charles.walker@usdoj.gov

DEBTOR'S COUNSEL

/S/ KEITH SLOCUM by permission 3/24/2015
Keith Slocum
J. Robert Harlan & Assoc.
P.O. Box 949
Columbia, TN 38402-0949
Telephone: (931) 381-0660
Fax : (931) 381-7627
Email: bknotices@robertharlan.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.